**EFiled: Jan 12 2018 02:56PM EST**
**Transaction ID 61564698**
**Case No. Multi-Case**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

SAMANTHA A. DUNFEE, and )
CHRISTINA M. DUNFEE, )
Administrators of the Estate of )
CARL TIMOTHY DUNFEE, )
                           )
    Plaintiffs, )
                           )    C.A. No. N16C-04-108 RRC
    v. )   (Consolidated Case with Others for
                           )   Discovery Purposes Only)
KGL HOLDINGS RIVERFRONT, LLC, )
d/b/a EVERGREEN APARTMENTS )
RIVERFRONT HEIGHTS, a Delaware )
Limited Liability Company, )
EVERGREEN PROPERTIES )
MANAGEMENT, INC., a Delaware )
Corporation, and EVERGREEN )
APARTMENT GROUP, INC., a )
Delaware corporation, )
                           )
    Defendants/Third Party Plaintiffs, )
                           )
    v. )
                           )
ANTHONY FRAGALE, )
CONTINENTAL CASUALTY )
COMPANY, a foreign corporation, )
VILLAGE OF WINDHOVER, L.L.C., )
a Delaware limited liability company, )
and GLOBAL REALTY SERVICES )
GROUP, LLC a/k/a GRS GROUP / )
CORTEQ, a foreign corporation, )
                           )

Defendants/Third Party Defendants.)

Submitted: December 6, 2017
Decided: January 12, 2018

On Defendant Global Realty Services Group, LLC's
Motion for Reargument. **DENIED.**

# ORDER

Gary S. Nitsche, Esquire and Joel H. Fredericks, Esquire, Weik, Nitsche & Dougherty, Wilmington, Delaware, Attorney for Plaintiffs Samantha Dunfee and Christina Dunfee.

Mary E. Sherlock, Esquire, Weber Gallagher Simpson Stapleton Fires & Newby LLP, Dover, Delaware, Attorney for Defendant/Third Party Plaintiff KGL Holdings Riverfront LLC d/b/a Evergreen Apartments at Riverfront Heights.

Michael J. Logullo, Esquire and Laura Bower Braunsberg, Esquire, Rawle & Henderson LLP, Wilmington, Delaware, Attorneys for Movant Defendant Global Realty Services Group, LLC a/k/a GRS Group/CORTEQ.

Paul Cottrell, Esquire and Patrick M. McGory, Esquire, Tighe & Cottrell, PA, Wilmington, Delaware, Attorneys for Third Party Defendants Continental Casualty Co. & Anthony Fragale.

Paul D. Sunshine, Esquire, McGivney & Kluger, PC, Wilmington, Delaware, Attorney for Third Party Defendant Village of Windover.

COOCH, R.J.

And now, this 12th day of January, 2018, upon Global Realty Services Group, LLC a/k/a GRS Group/CORTEQ ("Global") having filed a Motion for Rearmament of this Court's November 29, 2017 opinion and order denying Global's Motion to Dismiss, this Court finds:

1. This Court, in its November 29, 2017 opinion and order did not overlook a controlling precedent or legal principle, nor misapprehended the law or facts such as would have changed the outcome of that decision; and

2. This Court declines Global's request in its Motion for Reargument for "limited discovery" that would address certain issues raised in Global's original Motion to Dismiss.

Accordingly, Global's Motion for Reargument is **DENIED**.

**IT IS SO ORDERED.**

_____
Richard R. Cooch, J.

FILED
PROTHONOTARY
18 JAN 12 PM 12:36

cc:  All counsel of record (in all cases consolidated for discovery)
     Prothonotary